**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MARK SHEVCHIK,**

    Plaintiff,                              CASE NO.:   8:17-cv-03117-VMC-AAS

v.

**RUSMORE LOAN MANAGEMENT**
**SERVICES, LLC, et al.,**

    **Defendant(s).**
_____/

## NOTICE OF SETTLEMENT PENDING

**COMES NOW**, Plaintiff, **MARK SHEVCHIK**, by and through the undersigned counsel, and hereby submits this Notice of Settlement Pending pursuant to Local Rule 3.08 (a) and states that Plaintiff and Defendants, **RUSHMORE LOAN MANAGEMENT SERVICES, LLC** and **MTGLQ INVESTORS, LP**, have reached a settlement with regard to the instant case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon finalization of the same, the parties will immediately file the appropriate stipulated dismissal documents with the Court.

Respectfully submitted on this **20th** day of **February, 2018,**

                                        */s/  Kaelyn Steinkraus*
                                        Kaelyn Steinkraus, Esq.
                                        Florida Bar No. 125132
                                        kaelyn@zieglerlawoffice.com

                                        Michael A. Ziegler, Esq.
                                        Florida Bar No. 74864
                                        mike@zieglerlawoffice.com

Law Office of Michael A. Ziegler, P.L.
13575 58th Street North, Suite 129
Clearwater, FL 33760
(p)  (727) 538-4188
(f)  (727) 362-4778
*Attorneys and Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this **20** day of **February, 2018**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/  Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132